IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                          CRIMINAL NO.  3:07cr25HTW-JCS

PATRICK COLEMAN

## ORDER OF DISMISSAL
## COUNTS 2 - 5

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2 - 5 of the Criminal Indictment against the defendant, PATRICK COLEMAN, without prejudice.

                                             DUNN LAMPTON
                                             United States Attorney

Date:  April 5, 2007           By:  s/Erin E. O'Leary
                                           Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2 - 5.

ORDERED this the 17th day of August, 2007.

                                             s/ HENRY T. WINGATE
                                             CHIEF UNITED STATES DISTRICT JUDGE